APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re Debtor(s)
Horizon Machinery Company                    )
                                             )  Case No. 05-63200
                                             )
                                             )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

SNC Co., Ltd. (Creditor)

| | |
|---|---|
| Timothy J. Somen (ARDC#6279438) | McFadden & Dillon, P.C. |
| Print Name on this Line | Firm Name |
| /s Timothy J. Somen | FIRM ID NUMBER: 6279438 |
| Signature | 120 S. LaSalle Street, Suite 1335 |
| ATTORNEY ID NUMBER    6279438 | Street Address |
| | Chicago,    IL    60603 |
| | City    State    Zip |
| | Telephone    (312) 201-8300 |

Trial Attorneys*

Timothy J. Somen
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    April 5, 2006

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED _____ ,SELF _____ ,NONE OTHER _____ ,PUB DEF _____

FOR OFFICE USE ONLY:

Party Code: P _____    D _____    TP _____