UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 05-63200 |
| Horizon Machinery Co., | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

### Notice of Filing

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on Friday, April 16, 2010, Joseph A. Baldi, trustee herein, filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, **Trustee's Report of Deposit of Unclaimed Property**, a copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
Joseph A. Baldi & Associates
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

I hereby certify that I caused a true and correct copy of the foregoing notice and the report identified therein to be served upon the persons listed on the attached service list at their respective addresses by first class mail, postage prepaid on April 16, 2010.

/s/
———————————
Joseph A. Baldi

## Service List

### Horizon Machinery Co., debtor
### Case No. 05-63200

Office of the United States Trustee
219 S. Dearborn Street
Suite 873
Chicago  IL  60604
USTPRegion11.ES.ECF@usdoj.gov
**Via Electronic Notice**

SNC Co., Ltd.
c/o Timothy Somen, Esq.
McFadden & Dillon, P.C.
120 S. LaSalle St.
Suite 1335
Chicago  IL  60603
**Via First Class Mail**


Mr. L. Judson Todhunter
Defrees & Fiske
200 S Michigan Ave  #1100
Chicago, IL 60604
ljt@defrees.com
**Via First Class Mail**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) Case No. 05-63200 |
| Horizon Machinery Co., | ) Honorable Pamela S. Hollis |
| | ) |
| Debtor. | ) |

**Trustee's Report of Deposit of Unclaimed Property**

Joseph A. Baldi, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. On October 26, 2005, Debtor filed its voluntary petition for relief under chapter 7 of title 11, United States Code. Trustee was subsequently appointed and continues to serve as chapter 7 trustee in this case.

2. The Trustee's Final Report was filed with this Court on November 18, 2009 and a final hearing was held in the case on December 17, 2009. On December 17, 2009, Trustee sent distribution checks via U.S. Mail to the holders of allowed general unsecured claims listed on the Trustee's Proposed Distribution Report, including the following claimants:

| Claimant | Check No. | Amount |
|---|---|---|
| SNC Co., Ltd.<br>c/o Timothy Somen, Esq.<br>McFadden & Dillon, P.C.<br>120 S. LaSalle St.<br>Suite 1335<br>Chicago IL 60603 | 1015 | $4,819.98 |

1

3. The distribution check for SNC has not been returned to Trustee nor has the check been cashed. The distribution check was sent to claimant in care of its attorney and agent, as indicated on the proof of claim form. The Trustee's staff attempted to contact the claimant at the phone number listed on the proof of claim form and was informed that the distribution check had been received by the office, but that the office was unable to locate the creditor. The distribution check was outstanding for more than 90 days.

4. By reason of the foregoing, Trustee has stopped payment on the distribution checks listed in paragraph 2 above and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

/s/
Joseph A. Baldi, Trustee

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150