UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
HORIZON MACHINERY CO.               §    Case No. 05-63200
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi, Trustee_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Trust and Savings Bank |  |  |  |  |  |
| Harris Trust and Savings Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IDOR | | | | | |
| IRS | | | | | |
| OHIO BUREAU OF WORKERS" COMPENSATI | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ADT Security | | | | | |
| American Express Bank | | | | | |
| Arlington Center | | | | | |
| Bank of America Visa | | | | | |
| Bobbio Srl | | | | | |
| CBC Customhouse Brokers Inc. | | | | | |
| Call One | | | | | |
| Cingular Wireless | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Com Ed | | | | | |
| DSL | | | | | |
| Deluxe Business Forms | | | | | |
| Fleet Business Services | | | | | |
| Forensicon Inc. | | | | | |
| Framatone ANP | | | | | |
| GeoLogistics | | | | | |
| Initial Publications | | | | | |
| Levenfeld Pearlstein | | | | | |
| Lloyd S. Levine & Associates, Ltd. | | | | | |
| MacForm Hidalgoweg | | | | | |
| Moyer Process & Control | | | | | |
| Nicor | | | | | |
| Ohio Bureau of Workers Comp | | | | | |
| Omas Srl | | | | | |
| Phoenix International | | | | | |
| Roadway | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SBC | | | | | |
| SNC Co., Ltd. | | | | | |
| Simco Spring Machinery Company | | | | | |
| UPAC | | | | | |
| UPS | | | | | |
| Village of Arlington Heights | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED | | | | | |
| INITIAL PUBLICATIONS | | | | | |
| LEVENFELD PEARLSTEIN LLC | | | | | |
| MOYER PROCESS & CONTROL CO | | | | | |
| PHOENIX INTERNATIONAL FREIGHT SERVI | | | | | |
| ROADWAY EXPRESS, INC. | | | | | |
| SNC CO. LTD | | | | | |
| UNITED PARCEL SERVICE | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 05-63200 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | | | | Date Filed (f) or Converted (c): | 10/26/05 (f) |
| | | | | | 341(a) Meeting Date: | 01/23/06 |
| For Period Ending: | 05/17/10 | | | | Claims Bar Date: | 05/01/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking, Savings Accounts<br>  Glenview Bank | 113.77 | 0.00 | | 0.00 | FA |
| 2. Checking, Savings Accounts | 289.73 | 0.00 | | 0.00 | FA |
| 3. Accounts Receivable<br>  Subject to lien of Harris Bank | 12,581.44 | 0.00 | | 0.00 | FA |
| 4. Automobiles and Other Vehicles<br>  2001 BMW 740 IL  owned jointly by company and Richard & Anne Margaritondo, prinicipals of company --  Auto totalled in collision and Trustee received 60% of insurance proceeds after payoff of lien. | 21,000.00 | 13,916.96 | | 13,916.96 | FA |
| 5. Office Equip, Furnishings,& Supplies<br>  Subject to Harris Bank lien | 1,340.00 | 0.00 | | 0.00 | FA |
| 6. Machinery, Fixtures & Business Equi<br>  Subject to Harris bank lien | 1,430.00 | 0.00 | | 0.00 | FA |
| 7. Inventory<br>  Subject to Harris Bank Lien | 8,000.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 278.72 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $44,754.94 | $13,916.96 | | $14,195.68 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All property except BMW subject to lien of Harris Bank, stay lifted.  BMW totaled in post petition accident, collected insurance proceeds.  Bar Date set.  Trustee reviewed avoidable transfers, no recoverable payments.  Trustee reviewed claims and one late claim.   Hired accountant to prepare Estate tax return--estate tax returns prepared and filed; TFR

LFORM1

Ver: 15.08

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 05-63200   PSH   Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HORIZON MACHINERY CO. | Date Filed (f) or Converted (c): | 10/26/05 (f) |
| | | 341(a) Meeting Date: | 01/23/06 |
| | | Claims Bar Date: | 05/01/06 |

filed. Final hearing held 12/17/09. Final distribution made. Will file TDR once all checks clear.

Initial Projected Date of Final Report (TFR): 09/01/07    Current Projected Date of Final Report (TFR): 06/30/09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-63200 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0274 Interest earning MMA Account |
| Taxpayer ID No: | *******1684 | | | |
| For Period Ending: | 05/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 02/13/06 | 4 | The Travelers Indemnity Company<br>PO Box 3095<br>Naperville IL 60566-7095 | Insurance Proceeds for auto claim | 1129-000 | 13,916.96 | | 13,916.96 |
| C 02/28/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.93 | | 13,921.89 |
| C 03/31/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.82 | | 13,933.71 |
| C 04/28/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.45 | | 13,945.16 |
| C 05/31/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.85 | | 13,957.01 |
| C 06/30/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.47 | | 13,968.48 |
| C 07/31/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.86 | | 13,980.34 |
| C 08/31/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.87 | | 13,992.21 |
| C 09/29/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.50 | | 14,003.71 |
| C 10/31/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.90 | | 14,015.61 |
| C 11/30/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.52 | | 14,027.13 |
| C 12/29/06 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.90 | | 14,039.03 |
| C 01/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.93 | | 14,050.96 |
| C t 02/20/07 | | Transfer to Acct #*******0847 | Bank Funds Transfer | 9999-000 | | 11.75 | 14,039.21 |
| C 02/28/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 10.78 | | 14,049.99 |
| C 03/30/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.93 | | 14,061.92 |
| C 04/30/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.56 | | 14,073.48 |
| C 05/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.95 | | 14,085.43 |
| C 06/29/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.57 | | 14,097.00 |
| C 07/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.98 | | 14,108.98 |
| C 08/31/07 | 8 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 11.98 | | 14,120.96 |
| C 09/28/07 | 8 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 8.99 | | 14,129.95 |
| C 10/31/07 | 8 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 9.00 | | 14,138.95 |
| C 11/30/07 | 8 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 7.55 | | 14,146.50 |
| C 12/31/07 | 8 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 6.76 | | 14,153.26 |
| C 01/31/08 | 8 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 5.61 | | 14,158.87 |
| C t 02/19/08 | | Transfer to Acct #*******0847 | Bank Funds Transfer | 9999-000 | | 13.38 | 14,145.49 |
| C 02/29/08 | 8 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 3.36 | | 14,148.85 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-63200 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0274 Interest earning MMA Account |
| Taxpayer ID No: | *******1684 | | |
| For Period Ending: | 05/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C   03/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 3.34 | | 14,152.19 |
| C   04/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.250 | 1270-000 | 2.90 | | 14,155.09 |
| C   05/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.79 | | 14,156.88 |
| C   06/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.75 | | 14,158.63 |
| C   07/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.80 | | 14,160.43 |
| C   08/29/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.79 | | 14,162.22 |
| C   09/30/08 | 8 | Bank of America, N.A. | Interest Rate  0.150 | 1270-000 | 1.75 | | 14,163.97 |
| C   10/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.37 | | 14,165.34 |
| C   11/28/08 | 8 | Bank of America, N.A. | Interest Rate  0.100 | 1270-000 | 1.15 | | 14,166.49 |
| C   12/31/08 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.72 | | 14,167.21 |
| C   01/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,167.33 |
| C t 02/17/09 | | Transfer to Acct #*******0847 | Bank Funds Transfer | 9999-000 | | 12.77 | 14,154.56 |
| C   02/27/09 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,154.67 |
| C   03/31/09 | 8 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 14,154.79 |
| C   04/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 14,155.10 |
| C   05/29/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,155.46 |
| C   06/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,155.81 |
| C   07/31/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,156.17 |
| C   08/31/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,156.53 |
| C   09/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,156.88 |
| C   10/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,157.24 |
| C   11/30/09 | 8 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.35 | | 14,157.59 |
| C   12/17/09 | 8 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.19 | | 14,157.78 |
| C t 12/17/09 | | Transfer to Acct #*******0847 | Final Posting Transfer<br>Transfer funds for final distsribution.  ecb December 17, 2009, 03:09 pm | 9999-000 | | 14,157.78 | 0.00 |

FORM 2

Page: 3

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-63200 -PSH |
| Case Name: | HORIZON MACHINERY CO. |
| Taxpayer ID No: | *******1684 |
| For Period Ending: | 05/17/10 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0274  Interest earning MMA Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| | Account *******0274 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 13,916.96 | 0 | Checks | 0.00 |
| | 47 | Interest Postings | 278.72 | 0 | Adjustments Out | 0.00 |
| | | | | 4 | Transfers Out | 14,195.68 |
| | | Subtotal | $ 14,195.68 | | | |
| | | | | | Total | $ 14,195.68 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 14,195.68 | | | |

Page: 4

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63200 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0847 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1684 | | | |
| For Period Ending: | 05/17/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******0274 | Bank Funds Transfer | 9999-000 | 11.75 | | 11.75 |
| C 02/20/07 | 001001 | International Sureties, Ltd.<br>Suite 500<br>203 Carondelet Street<br>New Orleans LA 70130 | | 2300-000 | | 11.75 | 0.00 |
| C t 02/19/08 | | Transfer from Acct #*******0274 | Bank Funds Transfer | 9999-000 | 13.38 | | 13.38 |
| C 02/19/08 | 001002 | International Sureties<br>701 Pydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>2008 Annual premium payment | 2300-000 | | 13.38 | 0.00 |
| C t 02/17/09 | | Transfer from Acct #*******0274 | Bank Funds Transfer | 9999-000 | 12.77 | | 12.77 |
| C 02/17/09 | 001003 | International Sureties, Ltd.<br>701 Poydras Street #420<br>New Orleans, LA 70139 | 2009 Bond Premium Payment<br>Bond No. 016026455 | 2300-000 | | 12.77 | 0.00 |
| C t 12/17/09 | | Transfer from Acct #*******0274 | Transfer In From MMA Account<br>Transfer funds for final distsribution. ecb December 17, 2009, 03:09 pm | 9999-000 | 14,157.78 | | 14,157.78 |
| C 12/17/09 | 001004 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Final TR Compensation<br>Per Court Order 12-17-09 | 2100-000 | | 2,169.48 | 11,988.30 |
| C 12/17/09 | 001005 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR Attys Final Compensation<br>Per Order dtd 12/17/09 | 3110-000 | | 3,573.00 | 8,415.30 |
| C 12/17/09 | 001006 | Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | TR Attys Expense Reimbursement<br>Per Court Order dtd 12-17-09 | 3120-000 | | 20.91 | 8,394.39 |
| C 12/17/09 | 001007 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | TR Accountant's Final Compensation<br>Per Court Order dated 12-17-09 | 3410-000 | | 1,483.50 | 6,910.89 |

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63200 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0847 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1684 | | |
| For Period Ending: | 05/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| C 12/17/09 | 001008 | Ohio Bureau of Workers" Compensation<br>Law Section Bankruptcy Unit<br>PO Box 15398<br>Columbus, OH 43215-0398 | Claim 000002, Payment 100.00% | 5800-000 | | 54.62 | 6,856.27 |
| C 12/17/09 | 001009 | Phoenix International Freight Services Ltd<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, Maryland 21094 | Claim 000001, Payment 3.60% | 7100-000 | | 1,284.71 | 5,571.56 |
| C 12/17/09 | 001010 | Roadway Express, Inc.<br>c/o Receivable Management Services<br>P.O. Box 5126<br>Timonium, Maryland 21094<br>Contact: Phyllis A. Hayes | Claim 000003, Payment 3.60% | 7100-000 | | 38.82 | 5,532.74 |
| C 12/17/09 | 001011 | Initial Publications<br>3869 Darrow Rd<br>Ste 109<br>Stow, OH 44224 | Claim 000004, Payment 3.60% | 7100-000 | | 207.68 | 5,325.06 |
| C 12/17/09 | 001012 | Levenfeld Pearlstein LLC<br>2 North LaSalle St<br>Chicago, IL 60602 | Claim 000005, Payment 3.60% | 7100-000 | | 195.77 | 5,129.29 |
| C 12/17/09 | 001013 | Moyer Process & Control Co<br>POB 935<br>16045 West Wayne Street<br>Fremont, IN 46737 | Claim 000006, Payment 3.60% | 7100-000 | | 207.63 | 4,921.66 |
| C 12/17/09 | 001014 | American Express Travel Related<br>Services Company Inc<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 3.60% | 7100-000 | | 101.68 | 4,819.98 |
| * C 12/17/09 | 001015 | SNC Co. Ltd<br>120 S LaSalle Street | Claim 000008, Payment 3.60%<br>Spoke with T. Somen's office (McFadden & Dillon), | 7100-004 | | 4,819.98 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.08

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 05-63200 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | HORIZON MACHINERY CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0847 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1684 | | |
| For Period Ending: | 05/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1335<br>Chicago, IL 60603 | who filed claim on behalf of SNC--they tried to contact creditor but have been unable to find creditor--still have check--I asked for a call back to let me know if they think they will be able to find creditor, otherwise we will deposit with Court--RKP 4/5/10 | | | | |
| * C  04/14/10 | 001015 | SNC Co. Ltd<br>120 S LaSalle Street<br>Suite 1335<br>Chicago, IL 60603 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -4,819.98 | 4,819.98 |
| C  04/15/10 | 001016 | Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois  60604 | Deposit of Unclaimed Funds  347<br>SNC Co., Ltd.  Claim #8 (3.6% dividend)<br>Spoke with T. Somen's office (McFadden & Dillon), who filed claim on behalf of SNC--they tried to contact creditor but have been unable to find creditor--still have check--I asked for a call back to let me know if they think they will be able to find creditor, otherwise we will deposit with Court--RKP 4/5/10<br><br>Stopped Payment 4/15/10 - Deposit funds with Clerk of Court  ecvb | 7100-000 | | 4,819.98 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 15)

Ver: 15.08

FORM 2

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-63200 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | HORIZON MACHINERY CO. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0847 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1684 | | |
| For Period Ending: | 05/17/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0847 | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 17 Checks | 14,195.68 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 14,195.68 |
| 0 | Adjustments In | 0.00 | | |
| 4 | Transfers In | 14,195.68 | | |
| | Total | $ 14,195.68 | | |

| Report Totals | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 1 | Deposits | 13,916.96 | 17 Checks | 14,195.68 |
| 47 | Interest Postings | 278.72 | 0 Adjustments Out | 0.00 |
| | | | 4 Transfers Out | 14,195.68 |
| | Subtotal | $ 14,195.68 | | |
| | | | Total | $ 28,391.36 |
| 0 | Adjustments In | 0.00 | | |
| 4 | Transfers In | 14,195.68 | | |
| | Total | $ 28,391.36 | Net Total Balance | $ 0.00 |

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 16)

Ver: 15.08